JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandra Edmonds, | Case No.: 2:20-cv-05292-GW-AS |
| Plaintiff, | *Hon. George H. Wu* |
| v. | [~~PROPOSED~~] **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Pablo Perez, an Individual; Simona Perez, an Individual; and Does 1-10, | |
| Defendants. | Action Filed: June 14, 2020<br>Trial Date:    Not on Calendar |

///
///
///
///
///
///
///
///
///
///

1

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Sandra Edmonds ("Plaintiff") action against Defendants Pablo Perez, and Simona Perez ("Defendants") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated:   September 21, 2020

George H. Wu

Hon. George H. Wu
United States District Judge
Central District of California

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE